THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE W. KELLY et al., Respondents, v. GEORGE H. LASHER, as Commissioner of Highways of the Town of Middletown, et al., Appellants.

*People ex rel. Kelly* v. *Lasher,* 22 App. Div. 630, affirmed.
(Submitted June 14, 1900; decided October 2, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 3, 1898, affirming an order of a Trial Term directing that a peremptory writ of mandamus issue requiring the defendants, as commissioners of highways, to lay out a highway described therein.

*F. M. Andrus* for appellants.

*C. L. Andrus* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not sitting: LANDON, J.

---

DEBORAH L. MANGAM, Appellant, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF SING SING, Respondent.

*Mangam* v. *Village of Sing Sing,* 26 App. Div. 464, affirmed.
(Argued June 14, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1898, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*Herman Aaron* for appellant.

*Smith Lent* and *John Gibney* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: CULLEN, J.